# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**WALLACE B. JAMES, aka,**  **CASE NO. 2:06-cv-130**
**JAMES B. WALLACE,**  **JUDGE SMITH**
 **MAGISTRATE JUDGE KING**
      **Petitioner**

**v.**

**D. TIMMERMAN-COOPER, Warden,**

      **Respondent.**

## OPINION AND ORDER

On September 22, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed as barred by the one-year statute of limitations under 28 U.S.C. §2244(d). Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED**.

      **IT IS SO ORDERED.**

                                         /s/ George C. Smith
                                            GEORGE C. SMITH
                                   United States District Judge