IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**WALLACE B. JAMES, aka,**
**JAMES B. WALLACE,**

      Petitioner,

  vs.                       **Civil Action 2:06-CV-130**
                               **Judge Smith**
                               **Magistrate Judge King**

**D. TIMMERMAN-COOPER, Warden,**

      Respondent.

## ORDER

On October 20, 2006, petitioner was granted an extension of time to file objections to the *Report and Recommendation*. Doc. No. 12. On October 23, 2006, an order adopting the *Report and Recommendation* was inadvertently entered. Doc. No. 13.

The order adopting the *Report and Recommendation,* Doc. No. 13, is **VACATED,** as is the judgment entered in this action, Doc. No. 14.

**The Clerk shall RESTORE this case to the active docket of this Court.**

                                                    s/George C. Smith
                                             George C. Smith, Judge
                                          United States District Court