**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**WALLACE B. JAMES,  aka,**       **CASE NO. 2:06-CV-130**
**JAMES B. WALLACE,**               **JUDGE SMITH**
                               **MAGISTRATE JUDGE KING**

          **Petitioner**

**v.**

**D. TIMMERMAN-COOPER, Warden,**

          **Respondent.**

<u>**ORDER**</u>

On September 22, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed as barred by the one-year statute of limitations under 28 U.S.C. §2244(d).  Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*.  Doc. No. 16.  Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of the *Report and Recommendation*.

In his objections to the *Report and Recommendation,* petitioner argues only that the claims asserted in this action are meritorious.

For the reasons detailed in the Magistrate Judge's *Report and Recommendation*, petitioner's objections are **OVERRULED.**  The *Report and Recommendation* is **ADOPTED AND AFFIRMED**.  This action is hereby **DISMISSED**.

**The Clerk shall enter FINAL JUDGMENT.**

                                                  /s/ George C. Smith      
                                           GEORGE C. SMITH
                                  United States District Judge